**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ORANGE CREEK ENERGY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 1:11-cv-00664-GMS |
| | : |
| J. ARON & COMPANY, BP OIL SUPPLY COMPANY, CONOCOPHILLIPS, PLAINS MARKETING G.P. INC. and PLAINS MARKETING LP, | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

Please enter the appearance of the following attorneys as counsel to Defendant BP Oil Supply Company in the above captioned matter:

| | |
|---|---|
| Raymond H. Lemisch, Esquire<br>Jennifer R. Hoover, Esquire<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>302-442-7010 (telephone)<br>302-442-7012 (facsimile)<br>rlemisch@beneschlaw.com<br>jhoover@beneschlaw.com | Thomas B. Kinzler, Esquire<br>David Zalman, Esquire<br>Melissa E. Byroade, Esquire<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178<br>212-808-7800 (telephone)<br>212-808-7897 (telephone)<br>tkinzler@kelleydrye.com<br>dzalman@kelleydrye.com<br>mbyroade@kelleydrye.com |

Dated: August 10, 2011

                                  **BENESCH, FRIEDLANDER, COPLAN
                                      & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
        Raymond H. Lemisch, Esquire (No. 4204)
        Jennifer R. Hoover, Esquire (No. 5111)
        222 Delaware Ave., Suite 801
        Wilmington, DE 19801
        302-442-7010 (telephone)
        302-442-7012 (facsimile)
        rlemisch@beneschlaw.com
        jhoover@beneschlaw.com

        - and -

- 2 -

                    Thomas B. Kinzler, Esquire
                    David Zalman, Esquire
                    Melissa E. Byroade, Esquire
                    **KELLEY DRYE & WARREN LLP**
                    101 Park Avenue
                    New York, NY  10178
                    212-808-7800 (telephone)
                    212-808-7897 (facsimile)

                    *Counsel to BP Oil Supply Company*