IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORANGE CREEK ENERGY,<br><br>  Plaintiff,<br><br>v.<br><br>BP OIL SUPPLY COMPANY, PLAINS MARKETING G.P. INC., PLAINS MARKETING LP, CONOCOPHILLIPS, AND J. ARON & COMPANY,<br><br>  Defendants. | §<br>§<br>§<br>§ Civil Action No. 11-cv-00664-GMS<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Timothy C. Shelby, of Ahmad, Zavitsanos & Anaipakos P.C., to represent Plains Marketing, L.P., in this matter.

Dated: August 10, 2011

_____
Bradford J. Sandler (Bar No. 4142)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
The Honorable Gregory M. Sleet
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Timothy C. Shelby, Esquire
State Bar of Texas 24037482
Fed ID 29044
3460 One Houston Center
1221 McKinney Street
Houston, TX 77010-2009
(713) 655-1101 telephone
(713) 655-0062 facsimile
tshelby@azalaw.com